

January 20, 2021

**VIA ECF**

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

The Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Kenton Atta-Krah

E katta-krah@orrick.com
D +1 212 506 3557
F +1 212 506 5151

Re: <u>United States v. Francis Guzman Sanchez, 20 Cr. 326</u>

Dear Judge Swain:

I write to respectfully request a temporary modification to the bond conditions (ECF 9) for Mr. Guzman Sanchez, to permit Pretrial Services to remove his electronic monitoring device so that he may receive treatment for injuries that require several MRI scans. Mr. Guzman Sanchez was denied this treatment last week because of his electronic monitoring device. The medical team informed him then in person, and now in writing, that the MRI procedures cannot be performed with the electronic monitoring device in place, regardless of the body part(s) being imaged. Mr. Guzman Sanchez has since rescheduled the exams for the morning of **Tuesday, January 26, 2021.**

I have conferred with the Government and Pretrial Services' Electronic Monitoring Unit about this Letter Motion. Pretrial Services has advised that with the Court's permission, it can accommodate the removal and re-installation of the device on a weekday. On the morning of his medical appointment, Mr. Guzman Sanchez would be required and agrees to go to the location designated by Pretrial Services to have the device removed and he would return before **5:00 pm on the same day, Tuesday, January 26, 2021** to have the device reinstalled.

The Government and Pretrial Services have no objection to this Motion, subject to the conditions of modification above. Consequently, Mr. Guzman Sanchez respectfully requests that the Court grant this motion for temporary bond modification.

Very truly yours,

Kenton Atta-Krah

The Motion is granted, subject to the terms set forth above.
DE# 44 resolved.
SO ORDERED.
1/20/2021
/s/ Laura Taylor Swain, USDJ

cc: AUSA Sarah Mortazavi (via ECF)
Officer Celine Ferguson, Pretrial Services (via email, EMUnit@nyept.uscourts.gov)