UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,        :     20-Cr-326 (SHS)

      -against-           :     ORDER

FRANCIS GUZMAN SANCHEZ,     :

        Defendant(s).    :

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

On July 12, 2021, this matter has been reassigned to this Court for trial purposes. Accordingly,

IT IS HEREBY ORDERED that:

1.      Proposed jury charges, any motions *in limine*, and, if the parties wish, proposed *voir dire,* are due on or before November 15, 2021;

2.      Responses to any motions *in limine* are due on or before November 29, 2021;

3.      There will be a final pretrial conference on December 2, 2021, at 10:00 a.m.;

4.      The trial of this action is scheduled for December 6, 2021, at 9:30 a.m.; and

5.      The parties should be aware that although the Court is submitting the jury request for this trial to begin on December 6, 2021, the trial date may be rescheduled by the Court's *Ad Hoc* Committee on the Resumption of Jury Trials to another date in the fourth quarter of 2021. The Court will notify the parties as soon as the fourth quarter trial calendar has been established for trials at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
      July 13, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.