UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,          :          20-Cr-326 (SHS)

          -v -                     :          ORDER

FRANCIS GUZMAN SANCHEZ,            :

               Defendant.          :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court's *Ad Hoc* Committee on the Resumption of Jury Trials has determined that the trial of this action shall commence on Wednesday, November 24, 2021. This matter is the second trial scheduled on that date. The Court will notify the parties at least 48 hours prior to November 24 if this matter has advanced to number one on that date.

IT IS HEREBY ORDERED that the dates in the Order dated July 13, 2021 [Doc. No. 58], are adjourned as follows:

1.      The proposed jury charges, any motions in *limine*, and, if the parties wish, proposed *voir dire*, shall be filed by November 3, 2021;

2.      Responses to any motions in *limine* shall be filed by November 10, 2021; and

3.      There will be a final pretrial conference on November 18, 2021, at 10:00 a.m., in Courtroom 23A.

Dated: New York, New York
       August 30, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.