

**GREGORY MORVILLO**
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

# MEMO ENDORSED

October 18, 2021

*Via email*

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Francis Guzman Sanchez*, **20 Cr. 0326**

Dear Judge Stein:

On or about February 13, 2020, the undersigned was appointed to represent Francis Guzman Sanchez in the above-captioned matter. Lauren Allen, from Orrick Herrington and Sutcliffe, is co-counsel in this matter.

On October 14, 2021, Mr. Guzman asked the Court for new counsel in his matter. The Court set a conference for Tuesday October 19. Based on recent conversations, Mr. Guzman wishes to withdraw his request for a change in counsel.

I am available at the Court's convenience should Your Honor have any questions.

Respectfully,

/s/

Gregory Morvillo

**Request to withdraw motion for new counsel [ECF No. 62] is granted.**

Dated: New York, New York
October 18, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.

cc:   AUSA Sarah Mortazavi (via ECF)