UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,          :          **20**-Cr-326 (SHS)

          -v-                      :          CONSENT TO PROCEED BY
                                              VIDEOCONFERENCE OR
Francis Guzman-Sanchez             :          TELECONFERENCE_____

          Defendant.               :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

          Defendant **Francis Guzman Sanchez** hereby voluntarily consents to participate in
the following proceeding via videoconference or teleconference:

_____     Initial Appearance/Appointment of Counsel

_____     Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of
          Indictment Form)

_____     Preliminary Hearing on Felony Complaint

_____     Bail/Revocation/Detention Hearing

_____     Status and/or Scheduling Conference

___✗___   Misdemeanor Plea/Trial/Sentence


_____          _____
Defendant's Signature (Judge may obtain    Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant


Francis Guzman Sanchez                     Gregory Morvillo
_____          _____
Print Defendant's Name                     Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing and teleconferencing technology.


_____          _____
October 27, 2021                           Sidney H. Stein, U.S.D.J.
Date