UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-326 (SHS) |
| -v - | : | ORDER |
| FRANCIS GUZMAN SANCHEZ, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing will take place on November 20, 2023, at 2:30 p.m.

Dated: New York, New York
       November 2, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.