

November 20, 2023

*Via Email and ECF*

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
orrick.com

Kenton Atta-Krah

E katta-krah@orrick.com
D +1 212 506 3557
F +1 212 506 5151

Re:   *United States v. Francis Guzman-Sanchez, 20 CR 326 (SHS)*

Dear Judge Stein:

We represent Mr. Francis Guzman-Sanchez, the defendant in the above-captioned matter. Mr. Guzman-Sanchez is scheduled to be sentenced on November 20, 2023 at 2:30pm. Further to communications with Chambers, Defense counsel write to request a short adjournment of sentencing given an inability to meet with or speak to Mr. Guzman-Sanchez following his detention earlier this month for several reasons, including that the undersigned has been away on overseas family leave, competing client conflicts, and difficulty scheduling a call or meeting with Mr. Guzman-Sanchez and an interpreter. Defense counsel's scheduled attempt to speak with Mr. Guzman-Sanchez on November 17, 2023 was cancelled because of a lockdown at the facility where he is detained, and further, co-counsel was unexpectedly called out of town over the weekend.

Defense counsel have conferred with AUSA Mortazavi, who does not object to the request. The parties respectfully request an adjournment until November 28 or 29, 2023, or the Court's next availability.

Respectfully submitted,

/s/ Kenton Atta-Krah

Kenton Atta-Krah

cc:   AUSA Sarah Mortazavi (via ECF and email)
      Gregory Morvillo, CJA Appointment, Counsel for Defendant (via ECF and email)

**The sentencing is adjourned to November 28, 2023, at 3:00 p.m.**

**Dated: New York, New York
November 20 2023**        SO ORDERED:

                          Sidney H. Stein, U.S.D.J.