UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,  :  20-Cr-326 (SHS)

    -v -  :  ORDER

FRANCIS GUZMAN SANCHEZ,  :

    Defendant.  :

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the sentencing will take place on January 31, 2024, at 2:30 p.m.

Dated: New York, New York
       December 19, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.