UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,              :        20-Cr-326 (SHS)

                    -v -                :        ORDER

FRANCIS GUZMAN SANCHEZ,                 :

                    Defendant.          :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

  The Court is in receipt of defendant's renewed motion for relief [Doc. No. 100] pursuant to Amendment 821 to the Sentencing Guidelines.

  IT IS HEREBY ORDERED that that motion is denied for the reasons set forth in full in the Court's Order dated July 30, 2024 [Doc. No. 98]. A copy of that Order is attached to this Order.

  The Clerk of Court is directed to mail a copy of this Order and the Order dated July 30, 2024 [Doc. No. 98] to defendant Francis Guzman Sanchez [87791-054], FCI Allenwood Low, Federal Correctional Institution, P.O. Box 1000, White Deer, PA 17887.

Dated: New York, New York
   February 6, 2026

           SO ORDERED:

           _____
           Sidney H. Stein, U.S.D.J.